[No. 70343-9-I.   Division One.   July 22, 2013.]

PETER VANDERHOOF ET AL., *Appellants*, v. BERNARD W. MILLS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 10-2-00356-1, George L. Wood, J., entered February 3, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Verellen, JJ.

[No. 70344-7-I.   Division One.   July 22, 2013.]

WENDY LOUISE TINSLEY ET AL., *Appellants*, v. TACOMA GOODWILL INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-12457-3, Edmund Murphy, J., entered January 6, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Grosse, J.

[No. 70345-5-I.   Division One.   July 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED VICTOR APODACA, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-01527-4, Paula Casey, J., entered December 14, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Grosse, J.

[No. 41962-9-II.   Division Two.   July 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK H. POST, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04820-9, Susan Serko, J., entered April 8, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.